UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
Eastern Division

Jane Doe
                       Plaintiff,

v.                                       Case No.: 1:13−cv−05339
                                            Honorable Edmond E. Chang

Kevin Bollaert, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, October 30, 2013:

      MINUTE entry before Honorable Edmond E. Chang: In advance of the 11/04/2013 status hearing, the individual Defendants−−−Eric, Amy, and Roy Chanson−−−must take steps to file individual pro se appearances (the form is available from the Clerk's Office) for purposes of receiving court filings, ideally (but necessarily) by e−mail. Those appearances are for contact purposes only, and will not be considered as giving−up or waiving any jurisdictional or other arguments. Generally, corporate entities cannot proceed pro se and instead must hire a lawyer to represent them, United States v. Hagerman, 545 F.3d 579, 581−82 (7th Cir. 2008), but the complaint alleges that Blue Mist Media is unincorporated, so this issue must be discussed further at the status hearing. R. 22 and 23 are captioned as "amended" motions, but really they are supplements to the original motions, so R. 22 and 23 are terminated as unnecessary. All other motions reset to coincide with previously set status hearing of 11/04/2013 at 9 a.m. Defendants may appear by phone, but must provide the courtroom deputy with a contact phone number by 11/01/2013 at 1 p.m. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.