## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Eric Chanson
(Please print)

STREET ADDRESS: 21 Coneflower Lane

CITY/STATE/ZIP: Princeton Junction, NJ 08550

PHONE NUMBER: 609 548-6067

CASE NUMBER: 1:13-cv-05339

Signature: Eric Chan    Date: 11/6/13

## REQUEST TO RECEIVE NOTICE THROUGH E-MAIL

If you check the box below and provide an e-mail address in the space provided, you will receive notice via e-mail. By checking the box and providing an e-mail address, under Federal Rule of Civil Procedure 5(b)2(E) you are waiving your right to receive a paper copy of documents filed electronically in this case. You should not provide an e-mail address if you do not check it frequently.

[✓] I request to be sent notices from the court via e-mail. I understand that by making this request, I am waiving the right to receive a paper copy of any electronically filed document in this case. I understand that if my e-mail address changes I must promptly notify the Court in writing.

roy.chanson@gmail.com
E-Mail Address

**FILED**

NOV 1 2 2013

THOMAS G BRUTON
CLERK, U S DISTRICT COURT