UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:13-cv-05339 |
| v. | ) |
| | ) |
| KEVIN BOLLAERT, ERIC C. CHANSON, | ) Honorable Edmond E. Chang |
| ROY E. CHANSON, AMY L. CHANSON, | ) |
| and BLUE MIST MEDIA, LLC D/B/A | ) Magistrate Judge Maria Valdez |
| YOUGOTPOSTED.COM, | ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

WHEREAS, Plaintiff Jane Doe ("Plaintiff"), on the one hand, and Defendants Amy L. Chanson, Roy E. Chanson, and Eric C. Chanson ("Chanson Defendants"), on the other hand, have entered into a confidential settlement agreement resolving the issues between them in the above-captioned lawsuit;

WHEREAS, as part of the confidential settlement agreement, the Chanson Defendants agree to permanently withdraw their Motions to Dismiss (Dkt. Nos. 8, 10) and Motion for Sanctions (Dkt. No. 18); and

WHEREAS, as part of the confidential settlement agreement, the Plaintiff agrees to dismiss the claims against the Chanson Defendants with prejudice subject to the court's continued jurisdiction over the Parties to enforce the terms of the confidential settlement agreement;

NOW THEREFORE, the Plaintiff and the Chanson Defendants, based on the foregoing and pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), hereby request that the Court:

(A) Withdraw the Motions to Dismiss and Motion for Sanctions filed by the Chanson Defendants;

(B) Dismiss all claims against the Chanson Defendants only in the Complaint (all claims against the remaining Defendant shall remain), with each party bearing his or her own costs and attorney's fees;

(C) Maintain jurisdiction over the Parties to enforce the terms of the confidential settlement agreement.

Respectfully submitted this 14th day of February, 2014.

*For Plaintiff Jane Doe*

/s/ Solera

Stephanie M. Solera
Mudd Law Offices
3114 West Irving Park Road, Suite 1W
Chicago, Illinois 60618
773.588.5410 Telephone
773.588.5440 Facsimile
sms@muddlaw.com

*Chanson Defendants*

/s/ Amy L. Chanson

Amy L. Chanson
21 Coneflower Lane
Princeton Junction, New Jersey 08550
609.548.6067 Telephone

/s/ Roy E. Chanson

Roy E. Chanson
21 Coneflower Lane
Princeton Junction, New Jersey 08550
609.548.6067 Telephone

/s/ Eric C. Chanson

Eric C. Chanson
21 Coneflower Lane
Princeton Junction, New Jersey 08550
609.548.6067 Telephone

## CERTIFICATE OF SERVICE

    I, Stephanie M. Solera, do hereby certify that service of this **STIPULATION OF DISMISSAL** was accomplished pursuant to Electronic Case Filing as to ECF Filing Users and shall be served upon all other parties listed in the attached Service List by sending said documents via United States first class mail or electronic mail on this 14th day of February 2014.

                                                    s/Stephanie M. Solera
                                                    Stephanie M. Solera

Stephanie M. Solera
MUDD LAW OFFICES
3114 West Irving Park Road, Suite 1W
Chicago, Illinois 60618
773.588.5410 Telephone
773.588.5440 Facsimile
sms@muddlaw.com

## SERVICE LIST

Amy L Chanson
Roy E. Chanson
Eric C. Chanson
21 Coneflower Lane
Princeton Junction, New Jersey 08550
609.548.6067 Telephone
roy.chanson@gmail.com

Kevin Bollaert
1765 Garnet Avenue, #27
San Diego, California 92109