UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
Eastern Division

Jane Doe
                      Plaintiff,

v.                                      Case No.: 1:13–cv–05339
                                                       Honorable Edmond E. Chang

Kevin Bollaert, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 18, 2014:

      MINUTE entry before the Honorable Edmond E. Chang: Status hearing held. Pro se Defendants Eric Chanson, Roy Chanson and Amy Chanson appeared by telephone. By stipulation of the parties and for the reasons stated in open court, the parties stipulate that the case against Defendants Eric Chanson, Roy Chanson and Amy Chanson are dismissed with prejudice, without the retention of jurisdiction by this Court. All of Defendants' motions are terminated, including the motion for sanctions and the amended motion to dismiss [22], as withdrawn. Plaintiff's counsel reported that Defendants Kevin Bollaert and Blue Mist Media, LLC were served and are in default. Plaintiff will file a motion for default judgment, explaining in detail the validity of service of process, and notice the motion for the next status hearing. Plaintiff shall file the motion by 03/10/2014 and notice it for presentment for 03/17/2014 at 8:30 a.m. Status hearing set for 03/17/2014 at 8:30 a.m.Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.