UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JANE DOE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 1:13-cv-05339 |
| v. ) | |
| ) | |
| KEVIN BOLLAERT, ERIC C. CHANSON, ) | Honorable Edmond E. Chang |
| ROY E. CHANSON, AMY L. CHANSON, ) | |
| and BLUE MIST MEDIA, LLC D/B/A ) | Magistrate Judge Maria Valdez |
| YOUGOTPOSTED.COM, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION TO RESET THE MARCH 17, 2014 STATUS DATE**

NOW COMES the PLAINTIFF JANE DOE, by and through her counsel, Mudd Law Offices, and respectfully submits her Motion to Reset the March 17, 2014 Status Date. In support of her motion, the Plaintiff states as follows:

1. On February 18, 2014, this Court entered an order anticipating that the Plaintiff would file her Motion for Default Judgment against Defendants Kevin Bollaert ("Defendant Bollaert") and Blue Mist Media LLC on or before March 10, 2013 and setting a status hearing for March 17, 2014. Dkt. No. 41.

2. Counsel for the Plaintiff diligently prepared and completed the Motion for Default Judgment.

3. On March 7, 2014, Defendant Kevin Bollaert unexpectedly contacted counsel for the Plaintiff by phone.

4. Given that Defendant Bollaert has contacted counsel for the Plaintiff, counsel for the Plaintiff believes it inappropriate to file the Motion for Default Judgment at this time.

2

WHEREFORE, the Plaintiff respectfully requests that this Court enter an order resetting the March 17, 2014 status date to April 21, 2014, or another date convenient for this Court, to allow time for potential resolution of Defendant Bollaert and Defendant Blue Mist Media LLC's status without the need for default judgment.

| | |
|---|---|
| Dated: March 10, 2014<br>Chicago, Illinois | Respectfully submitted,<br>PLAINTIFF JANE DOE,<br><br>__/s/ Stephanie M. Solera_____<br>By: One of Her Attorneys<br>Stephanie M. Solera<br>MUDD LAW OFFICES<br>3114 W. Irving Park Road, Suite 1W<br>Chicago, Illinois 60618<br>773.588.5410 (Telephone)<br>773.588.5440 (Facsimile)<br>sms@muddlaw.com<br>ARDC: 6307046 |