# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| JANE DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No.  1:13-cv-05339 |
| v. | ) | |
| | ) | |
| KEVIN BOLLAERT, ERIC C. CHANSON, | ) | Honorable Edmond E. Chang |
| ROY E. CHANSON, AMY L. CHANSON, | ) | |
| and BLUE MIST MEDIA, LLC D/B/A | ) | Magistrate Judge Maria Valdez |
| YOUGOTPOSTED.COM, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**To:**         **See Attached Service List**

         **Please take notice** that on the 13th day of March 2014 at 8:30 a.m., or as soon thereafter as counsel may be heard, one of Plaintiff's attorneys shall appear before the Honorable Edmond E. Chang, or any judge sitting in his stead, in room 1403 of the United States District Court, Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois 60604, for the purposes of presenting the **PLAINTIFF'S MOTION TO RESET THE MARCH 17, 2014 STATUS DATE**, a copy of which is herewith served upon you.

Dated this 10th day of March 2014

s/Stephanie M. Solera
Stephanie M. Solera

## CERTIFICATE OF SERVICE

I, Stephanie M. Solera, do hereby certify that service of this **NOTICE OF MOTION** and the accompanying **PLAINTIFF'S MOTION TO RESET THE MARCH 17, 2014 STATUS DATE** was accomplished pursuant to Electronic Case Filing as to ECF Filing Users and shall be served upon all other parties listed in the attached Service List by sending said documents via United States first class mail or electronic mail on this 10th day of March 2014.

s/Stephanie M. Solera
Stephanie M. Solera

Stephanie M. Solera
MUDD LAW OFFICES
3114 West Irving Park Road, Suite 1W
Chicago, Illinois 60618
773.588.5410 Telephone
773.588.5440 Facsimile
sms@muddlaw.com

## SERVICE LIST

Kevin Bollaert
1765 Garnet Avenue, #27
San Diego, California 92109