# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Jane Doe
                          Plaintiff,

v.                                         Case No.: 1:13−cv−05339
                                                Honorable Edmond E. Chang

Kevin Bollaert, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 11, 2014:

      MINUTE entry before the Honorable Edmond E. Chang: Plaintiff's motion to reset status hearing date [42] is granted: the status and anticipated default−motion hearing date is reset from 03/17/2014 to 05/05/2014 at 9 a.m. If the case has not been resolved by 04/28/2014, and Defendants are still in default, then Plaintiff shall file a default−judgment motion in a sum−certain on 04/28/2014, noticed for presentment at the next status hearing. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.