# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
|     Plaintiff, | ) <br> ) <br> )   No. 1:13-cv-05339 |
|     v. | ) <br> ) |
| KEVIN BOLLAERT, ERIC C. CHANSON, <br> ROY E. CHANSON, AMY L. CHANSON, <br> and BLUE MIST MEDIA, LLC D/B/A <br> YOUGOTPOSTED.COM, | )   Honorable Edmond E. Chang <br> ) <br> )   Magistrate Judge Maria Valdez <br> ) <br> ) |
|     Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT KEVIN BOLLAERT

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff JANE DOE ("Plaintiff") voluntarily dismisses Defendant Kevin Bollaert. In support thereof, Plaintiff states:

1. On July 26, 2013, the Plaintiff filed her Complaint. Dkt. No. 1.

2. Defendant Kevin Bollaert has not filed an appearance, answer, or motion for summary judgment.

WHEREFORE, the Plaintiff respectfully requests that the Clerk of the Court enter this notice of dismissal and appropriately dismiss Defendant Kevin Bollaert from this litigation.

1

Dated: Chicago, Illinois  PLAINTIFF,
       July 15, 2014  JANE DOE

                                                 /s/Charles Lee Mudd Jr.
                            By:   One of Her Attorneys
                                                Charles Lee Mudd Jr.
                                                Mudd Law Offices
                                                3114 West Irving Park Road
                                                Suite 1W
                                                Chicago, Illinois 60618
                                                773.588.5410 Telephone
                                                773.588.5440 Facsimile
                                                Illinois ARDC: 6257957
                                                clm@muddlaw.com

## CERTIFICATE OF SERVICE

       I, Charles Lee Mudd Jr., do hereby certify that service of this **NOTICE OF DISMISSAL** was accomplished pursuant to Electronic Case Filing as to ECF Filing Users and shall be served upon all other parties listed in the attached Service List by sending said documents via United States first class mail or electronic mail on this 15th day of July 2014.

                                                  s/Charles Lee Mudd Jr.
                                                  Charles Lee Mudd Jr.

Charles Lee Mudd Jr.
MUDD LAW OFFICES
3114 West Irving Park Road, Suite 1W
Chicago, Illinois 60618
773.588.5410 Telephone
773.588.5440 Facsimile
clm@muddlaw.com

## SERVICE LIST

Kevin Bollaert
1765 Garnet Avenue, #27
San Diego, California 92109

(All other Defendants having filed appearances have been dismissed.)