# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JANE DOE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) No. 1:13-cv-05339 |
| v. | ) |
| | ) |
| KEVIN BOLLAERT, ERIC C. CHANSON, | ) Honorable Edmond E. Chang |
| ROY E. CHANSON, AMY L. CHANSON, | ) |
| and BLUE MIST MEDIA, LLC D/B/A | ) Magistrate Judge Maria Valdez |
| YOUGOTPOSTED.COM, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF VOLUNTARY DISMISSAL OF REMAINING DEFENDANT

NOTICE IS HEREBY GIVEN that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff JANE DOE ("Plaintiff") voluntarily dismisses Defendant Blue Mist Media, LLC d/b/a yougotposted.com ("Blue Mist Media"). In support thereof, the Plaintiff states:

1. On July 26, 2013, the Plaintiff filed her Complaint. Dkt. No. 1.

2. Defendant Blue Mist Media has not filed an appearance, answer, or motion for summary judgment.

3. Defendant Blue Mist Media is the only remaining defendant in this litigation.

WHEREFORE, the Plaintiff respectfully requests that the Clerk of the Court enter this notice of dismissal and appropriately dismiss this case.

| | |
|---|---|
| Dated: Chicago, Illinois | Liz Brodzinski |
| September 2, 2014 | MUDD LAW OFFICES |
| | 3114 West Irving Park Road, Suite 1W |
| | Chicago, Illinois 60618 |
| | 773.588.5410 Telephone |
| | 773.588.5440 Facsimile |
| | lb@muddlaw.com |

## **CERTIFICATE OF SERVICE**

  I, Liz Brodzinski, do hereby certify that service of this **NOTICE OF DISMISSAL** was accomplished pursuant to Electronic Case Filing as to ECF Filing Users and shall be served upon all other parties listed in the attached Service List by sending said documents via United States first class mail or electronic mail on this 2nd day of September 2014.

                s/Liz Brodzinski
                Liz Brodzinski

Liz Brodzinski
MUDD LAW OFFICES
3114 West Irving Park Road, Suite 1W
Chicago, Illinois 60618
773.588.5410 Telephone
773.588.5440 Facsimile
lb@muddlaw.com

## **SERVICE LIST**

No remaining defendant has filed an appearance.